PROB 22
(Rev. 12/13)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
4:23CR03088-1

**DOCKET NUMBER** *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Clifton D. Davis, Jr. | District of Nebraska | Lincoln |

**NAME OF SENTENCING JUDGE**
The Honorable John M. Gerrard
Senior U.S. District Judge

**DATES OF PROBATION/SUPERVISED RELEASE:**
FROM 08/26/2025
TO 08/25/2028

**OFFENSE**
18:922(g)(3) and 924(a)(8) UNLAWFUL USER OR ADDICT IN POSSESSION OF A FIREARM AND AMMUNITION

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
On September 14, 2025, Clifton D. Davis, Jr. was arrested on new felony charges in Lauderdale County, Tennessee, where he is currently being supervised.

## PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of Nebraska

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

September 25, 2025
*Date*

_____
John M. Gerrard, *Senior U.S. District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9/29/2025
*Effective Date*

s/Thomas L. Parker
*United States District Judge*